UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alexander Gallegos, | Case No. 24-cv-3480 (ECT/TNL) |
| Petitioner, | |
| v. | REPORT AND RECOMMENDATION |
| Jared Rardin, | |
| Respondent. | |

On August 29, 2024, the Clerk of this Court sent Petitioner Alexander Gallegos a letter (1) stating that the Court had not received from Gallegos either this action's filing fee or an application to proceed *in forma pauperis* ("IFP"); (2) enclosing a copy of this District's template IFP application; and (3) warning Gallegos that if the Court did "not receive [his] filing fee or [IFP application]" within 15 days—that is, by September 13, 2024—"[his] case could be summarily dismissed without prejudice." [ECF No. 2.] That deadline has now passed, and Gallegos has not submitted a filing fee or IFP application. (Indeed, he has not communicated with the Court in any way about this action since filing it.) Accordingly, this Court now recommends dismissing this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: October 1, 2024

*s/ Tony N. Leung*

_____
Tony N. Leung
United States Magistrate Judge

*Gallegos v. Rardin*
Case No. 24-cv-3480 (ECT/TNL)

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).